1  So, Roy came down. He was gonna -- well,
2  I was up there.
3  Q  Uh huh.
4  A  And he was gonna get up on the ladder. He
5  didn't get up on the ladder, but he was going to get
6  up there to give Calvin a glass of water, or a cup of
7  water, or a jug."
8  And Calvin just started throwing up.
9  Q  Calvin was up in the --
10 A  He was up on the machine.
11 Q  He was up in the cab of a machine, right?
12 A  Yes, yes, sir.
13 Q  Which has got a cage on it --
14 A  Yes, sir.
15 Q  -- and a seat?
16 A  Yes, sir.
17 Q  And operating stuff?
18 A  Yes.
19 Q  And he got -- threw up in the cab?
20 A  No, on the side. Right before Roy was
21 going to get up there. And Roy just stepped back.
22 Q  Backed away?
23 A  Yes.
24  I said, "Let's go in. Let's go in."
25  He said, "I'll be okay."

**PLAINTIFF'S EXHIBIT B**