1           I said, "No, let's go in."

2           I said, "Roy, let's go to the crossing."

3           The crossing was only about half a mile

4    from us.

5      Q    Okay.

6      A    So, I told Frank Leone, the Engineer, I

7    said, "Let's go to the crossing."

8      Q    Okay.

9      A    That's after he threw up.

10     Q    Okay.  Let me stop you.  This is a

11   December day?

12     A    Uh huh.

13     Q    What was the temperature?

14     A    About 50, maybe.  It was cool.

15     Q    Yeah.  The temperature was cool enough

16   that you wouldn't expect him to be sweating

17   excessively on a day like that, would you, you know,

18   when he said, "I'm sweating"?

19     A    Yeah.  But he didn't say how much.  He

20   just said, "I'm sweating."

21     Q    Well, I know.  But what I'm saying is,

22   you go out there and work right now, you're going to

23   sweat because it's hot in East Texas?

24     A    Yeah.

25     Q    But on a December day, I mean, I know you