1  So, he stopped right at the crossing
2  where Calvin was -- you know, where he can get down.
3  And me and Roy were going to help him -- try to help
4  him down.
5       He said, "No, I'm okay. I'll get down on
6  my own."
7       Q    Okay.
8       A    And I said, "Are you sure, Calvin?"
9            He said, "Yes."
10           I said, "Okay."
11           Well, he got down on his own, and then he
12  sat on the ballast line. He sat on the ballast.
13  That's when Roy gave him the water. He drank that
14  water. I said, "Come on, Calvin. We're gonna go."
15           "No, no --"
16      Q    Let me just stop you. He got out; he sat
17  down; sat down on the ballast?
18      A    He got down on his own power.
19      Q    He got some water.
20           By that time, you're down there next to
21  him, aren't you?
22      A    Yeah, me and Roy.
23      Q    Tell me what you're observing about him?
24           What did he look like?
25      A    He just said, "You know, I'll be okay.