1  stop for a minute."
2      Q    Yeah.
3      A    And that's when I told him, I said, "Are
4  you okay"?
5      And he said, "I'll be all right; I'm
6  sweating."
7      Q    I mean, that was unusual, wasn't it?
8      A    Yeah --
9      Q    -- I mean for him to do that.
10     It was unusual for him to throw up in the
11 cab of his machine, wasn't it?
12     A    Uh huh.
13     Q    And it was unusual enough, Mr. DeLeon,
14 that it concerned you, didn't it?
15     A    Oh, yes.
16     Q    I mean -- I mean, you took him seriously,
17 didn't you?
18     A    Yeah.  After -- that's why I said after
19 we got to the crossing, "I'm taking you in."
20     Q    You said he climbed down out of the
21 machine about the same rate of speed and effort that
22 he normally did, right?
23     A    Yeah.
24     Q    But it wasn't normal for him to climb out
25 of the machine and sit right down on the ballast,

PLAINTIFF'S EXHIBIT E

1  right at the bottom of the steps, was it?
2      A     Well, he -- when he climbed down, he sat
3  down, he said, "Let me rest for a minute," yeah.
4      Q     Well, that wasn't normal, was it?
5      A     No.
6      Q     I mean, that told you he's not right?
7      A     Yeah.
8      Q     Yeah.  And by the time those things
9  happened, Mr. DeLeon, you were concerned enough about
10 it that you made the decision that he needed medical
11 attention, right?
12     A     Yes, take him in, yes.
13     Q     And you were the man in charge, weren't
14 you?
15     A     Yes.
16     Q     In other words, it's not the company
17 policy to say, "Well, Mr. Boyd needs to decide whether
18 he needs care, and Mr. Boyd gets to pick where the
19 care is and all that."
20           I mean, that's not the way the company is
21 set up, is it?
22     A     No.
23     Q     Y'all have Training Programs for
24 supervisors, and supervisors have the responsibility
25 in those situations, don't they?