```
 1    down.)
 2                 THE REPORTER:  Is that a yes?
 3                 THE WITNESS:  Yes, sir.
 4    BY MR. PERRY:
 5         Q    Well, y'all hadn't been on the track very
 6    long, had you?
 7         A    No.
 8         Q    I mean, you told me he'd only been
 9    working about ten minutes before he got sick.
10              So, you know, y'all occupied the track
11    there less than half an hour, didn't you?
12         A    Yes, sir.
13         Q    Okay.  Do you know what communications
14    the engineer or the conductor had with the dispatcher
15    about this incident?
16         A    No, I don't.
17         Q    Did anybody call for an ambulance?
18         A    No, sir.
19         Q    Okay.  What was -- what was your thinking
20    about that?
21              Did you think there was a need to call an
22    ambulance?
23         A    Well, there was -- I mean, I figured I
24    can get him to the hospital quicker.  But if I would
25    have called one, you know, I don't know how much time
```

PLAINTIFF'S EXHIBIT F

1  it would have tooken for them to get there.
2         Q      All right.
3         A      You know, they would have been coming out
4  of Marshall or Shreveport.
5         Q      Right.
6         A      To my -- best, you know, to take him to
7  the hospital, you know.
8         Q      Okay.  Well, when you got in the truck to
9  take him to the hospital, the information that you had
10 would have been on that form that we've marked as
11 Exhibit Number 1, would it not?
12        A      Yes, as far as going to Shreveport, yes.
13        Q      Right.  I mean, it gave you the name of a
14 hospital in Shreveport and it gave you the directions
15 to get there?
16        A      Yes.
17        Q      But that's not what you did?
18        A      No, sir.
19        Q      You made the decision to go to Marshall?
20        A      Yes, sir.
21        Q      And you chose to do that, going by way of
22 Highway 80?
23        A      Yes, sir.
24        Q      Okay.
25        A      Assuming it was closer, or we were in