

# Activating Emergency Medical Services (EMS)





*Usually activated by a phone call to a universal emergency number such as 911,*



*a specialized emergency communications operator will gather information,*







*and dispatch highly trained EMS responders in emergency vehicles to the scene.*

Outside of a hospital, the Emergency Medical Services system, or EMS, plays a critical role in caring for medical emergencies.

- If you suspect a medical emergency exists, activate EMS as soon as possible, even if the situation is unclear and you are in doubt as to what may have occurred.
- When you call, an emergency operator will ask for basic information about the emergency.
- At the same time, a separate person, or emergency dispatcher, will likely be alerting the appropriate resources to respond.
- Remain in contact with the emergency operator until EMS providers arrive or you are instructed to hang up. In many EMS systems, emergency operators are trained to help guide your care.
- If possible, have another person call so you can provide care. If you are alone with an unresponsive patient, make the call yourself before providing additional care.
- Some workplaces have site-specific emergency plans in place, including the use of in-house emergency response teams. Become familiar with your company's emergency response plan.



PLAINTIFF'S EXHIBIT I