**Complete Training History**
Name: CALVIN BOYD
Empl Id: 0025984

| COMPLETION DATE | CODE | DESCRIPTION | DURATION IN HRS |
|---|---|---|---|
| 04/08/2007 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 04/08/2007 | ESCGE | CRANE GROUNDMAN TRAINING | 1.0 |
| 04/08/2007 | ESCRE | ESCR CRANE SAFETY REFRESHER | 1.0 |
| 04/08/2007 | ESFPE | BRIDGE WORKER SAFETY | 1.0 |
| 04/08/2007 | ESRME | ESRME - ENGINEERING SERVICES R | 1.0 |
| 04/08/2007 | ESTSE1 | ESTSE PART 1 | 1.0 |
| 04/08/2007 | ESTSE2 | ESTSE PART 2 | 1.0 |
| 04/08/2007 | ESTSE3 | ESTSE PART 3 | 1.0 |
| 04/08/2007 | ESTSE4 | ESTSE PART 4 | 0.5 |
| 04/08/2007 | ESTSEQ | FRA REFRESHER QUIZ | |
| 04/08/2007 | EV13E | STORM WATER POLLUTION PREVENTI | 1.0 |
| 04/08/2007 | EV25E | WASTE MANAGEMENT TRAINING / RE | 0.5 |
| 04/08/2007 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 04/08/2007 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 04/08/2007 | SF03E | HAZARD COMMUNICATION EMPLOYEE | 0.5 |
| 04/08/2007 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 04/08/2007 | SF79E | CONFINED SPACE ENTRY | 0.5 |
| 04/08/2007 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 04/06/2007 | ESRU | MOFW RULES UPDATE | 8.0 |
| 04/05/2007 | EEOET | ENGINEERING TOWN HALL (EEO) | 1.0 |
| 04/05/2007 | ENTH | TOWN HALL MEETINGS-TRACK PROGR | 2.0 |
| 04/05/2007 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 04/05/2007 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 08/24/2006 | QS64 | QSM - TRACK BUCKLING SUPPLEMEN | 1.3 |
| 06/13/2006 | SF92 | IND. TRUCK OPR CERTIFICATION | 8.0 |
| 06/13/2006 | SF93 | IND. TRUCK OPR REFRESHER | 2.0 |
| 05/09/2006 | ES11 | CRANE SAFETY TRAINING | 24.0 |
| 04/10/2006 | ERMMU | ENGINEERING ROADWAY MACHINE MA | 0.3 |
| 04/10/2006 | ESAB | MOW:AIR BRAKE TRAINING | 8.0 |
| 03/21/2006 | QS65 | QSM - PREVENTING ON-TRACK EQUI | 0.3 |
| 02/22/2006 | EV25E | HAZARDOUS WASTE TRAINING REFRE | 0.5 |
| 02/22/2006 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 02/21/2006 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 02/21/2006 | ES00E | ON TRACK SAFETY | 1.0 |
| 02/21/2006 | ES45E | TRACK BUCKLING INTRODUCTION | 2.0 |
| 02/21/2006 | ESCRE | ESCR CRANE SAFETY REFRESHER | 1.0 |
| 02/21/2006 | ESFPE | FALL PROTECTION ESFP | 1.0 |
| 02/21/2006 | ESGDE | RAILROAD MAINTENANCE GRINDING | |
| 02/21/2006 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 02/21/2006 | ESRME | ESRME - ENGINEERING SERVICES R | 1.0 |
| 02/21/2006 | ESRUE | MW RULES TRAINING | 3.0 |
| 02/21/2006 | ESTSE1 | ESTSE PART 1 | 1.0 |
| 02/21/2006 | ESTSE2 | ESTSE PART 2 | 1.0 |

https://home.www.uprr.com/emp/h... r/com/pnx/ReportController.c... 9/21/2009

EXHIBIT "H"

UP (Boyd) 000149

| Date | Code | Description | Hours |
|---|---|---|---|
| 02/21/2006 | ESTSE3 | ESTSE PART 3 | 1.0 |
| 02/21/2006 | ESTSE4 | ESTSE PART 4 | 0.5 |
| 02/21/2006 | ESTSEQ | FRA REFRESHER QUIZ | |
| 02/21/2006 | EV13E | STORM WATER POLLUTION PREVENTI | 1.0 |
| 02/21/2006 | SF03E | HAZARD COMMUNICATION EMPLOYEE | 0.5 |
| 02/21/2006 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 02/21/2006 | SFRPE | RESPIRATORY PROTECTION 101 | 0.5 |
| 02/08/2006 | ENTH | TOWN HALL MEETINGS-TRACK PROGR | 2.0 |
| 02/08/2006 | HM68 | HM232 SECURITY AWARENESS TRNG | 0.3 |
| 02/08/2006 | PXD9 | CPR - CARE INITIATOR MEDIC FI | 4.0 |
| 02/08/2006 | SFW4 | HELP PREVENT WORKPLACE VIOLENC | 4.0 |
| 11/08/2005 | EO24 | FRA EMERGENCY ORDER NO. 24 | 4.0 |
| 11/08/2005 | QS51 | SWITCH POSITIONS - NON SIGNAL | 0.3 |
| 09/19/2005 | QS51 | SWITCH POSITIONS - NON SIGNAL | 0.3 |
| 06/09/2005 | ERMMU | ENGINEERING ROADWAY MACHINE MA | 0.3 |
| 02/21/2005 | BZ10E | WASHOUT ADVISORY | 0.5 |
| 02/21/2005 | ES00E | ON TRACK SAFETY | 1.0 |
| 02/21/2005 | ES45E | TRACK BUCKLING INTRODUCTION | 2.0 |
| 02/21/2005 | ESCRE | ESCR CRANE SAFETY REFRESHER | 1.0 |
| 02/21/2005 | ESDDE | DEFENSIVE DRIVING | 1.0 |
| 02/21/2005 | ESFPE | FALL PROTECTION ESFP | 1.0 |
| 02/21/2005 | ESRME | ROADWAY MACHINE SAFETY | 1.0 |
| 02/21/2005 | ESRUE | MW RULES TRAINING | 3.0 |
| 02/21/2005 | ESTSE1 | ESTSE PART 1 | 1.0 |
| 02/21/2005 | ESTSE2 | ESTSE PART 2 | 1.0 |
| 02/21/2005 | ESTSE3 | ESTSE PART 3 | 1.0 |
| 02/21/2005 | ESTSE4 | ESTSE PART 4 | 0.5 |
| 02/21/2005 | EV25E | HAZARDOUS WASTE TRAINING REFRE | 0.5 |
| 02/21/2005 | EV27E | ASBESTOS AWARENESS TRAINING | 0.5 |
| 02/21/2005 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 02/21/2005 | MW09E | M/W RULES EXAM | |
| 02/21/2005 | SF03E | HAZARD COMMUNICATION EMPLOYEE | 0.5 |
| 02/21/2005 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 02/21/2005 | SFPIE | PERSONAL INJURY REPORTING | 1.0 |
| 02/10/2005 | EEOV | EEO: COMPLIANCE AND BEYOND (AL | 2.0 |
| 02/10/2005 | SFRP | RESPIRATORYPROTECTION | 0.3 |
| 09/21/2004 | ESRU | MOFW RULES UPDATE | 8.0 |
| 05/26/2004 | ESDDE | DEFENSIVE DRIVING | 1.0 |
| 05/26/2004 | ESFPE | FALL PROTECTION ESFP | 1.0 |
| 05/26/2004 | ESLTE | LOCKOUT TAGOUT TRAINING | 1.0 |
| 05/26/2004 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 05/26/2004 | SF03E | HAZARD COMMUNICATION EMPLOYEE | 0.5 |
| 05/26/2004 | SF55E | SAFETY CERTIFICATION | 2.0 |
| 05/26/2004 | SFPIE | PERSONAL INJURY REPORTING | 1.0 |
| 05/23/2004 | ES00E | ON TRACK SAFETY | 1.0 |
| 04/07/2004 | SFRP | RESPIRATORYPROTECTION | 0.3 |
| 02/08/2004 | ESAB | MOW:AIR BRAKE TRAINING | 8.0 |

UP (Boyd) 000150

| Date | Code | Description | Hours |
|---|---|---|---|
| 09/30/2003 | SFAT | RED ZONE CONTACT: ADJACENT TRA | 0.3 |
| 04/19/2003 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 04/19/2003 | ESCR | CRANE SAFETY REFRESHER | 8.0 |
| 04/18/2003 | ESBF | BODY IN MOTION-REFRESHER(ENG) | 2.0 |
| 04/18/2003 | ESRU | MOFW RULES UPDATE | 8.0 |
| 04/18/2003 | ETST | TUNNEL SAFETY TRAINING | 1.0 |
| 04/18/2003 | SF03 | HAZCOMLINEEMPLOYEETRAINING | 1.0 |
| 04/18/2003 | SFPI | PERSONAL INJURY REPORTING | 1.5 |
| 04/17/2003 | BZ10 | FRA ADVISORY - WASHOUTS | 0.5 |
| 04/17/2003 | ENTH | TOWN HALL MEETINGS-TRACK PROGR | 2.0 |
| 04/17/2003 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 04/17/2003 | ESDD | DEFENSIVE DRIVINING (REFRESHER | 2.0 |
| 04/17/2003 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 04/17/2003 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 04/17/2003 | ESTK | TRAUMA KIT | 0.5 |
| 04/17/2003 | HZ31T | HAZ MAT TRAINING-ENGINEERING | 2.0 |
| 04/17/2003 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 02/03/2003 | HCPT | HEARING CONSERVATION PRG TRNG | 0.5 |
| 06/20/2002 | LC02 | LEADERSHIP CONFERENCE INFO | 1.0 |
| 06/20/2002 | PXBD | HEAT STRESS | 1.0 |
| 04/17/2002 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 03/15/2002 | PX60 | DEFENSIVE DRIVING TRAINING | 4.0 |
| 03/15/2002 | PXST | NONSUPERVISORY AGREEMENT EEO | 2.0 |
| 03/15/2002 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 03/14/2002 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 03/14/2002 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 03/14/2002 | ESRU | MOFW RULES UPDATE | 8.0 |
| 03/14/2002 | EV46 | BODY IN MOTION | 4.0 |
| 01/07/2002 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 01/07/2002 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 01/07/2002 | ESRU | MOFW RULES UPDATE | 8.0 |
| 01/07/2002 | EV25 | HAZ WASTE TRAINING FOR HANDLER | 1.0 |
| 01/07/2002 | EV26 | HAZWASTEHANDLERREFRESHER | 1.0 |
| 01/07/2002 | PXBD | HEAT STRESS | 1.0 |
| 01/07/2002 | SA22 | RED ZONE CONTACT | 1.0 |
| 01/07/2002 | SF03 | HAZCOMLINEEMPLOYEETRAINING | 1.0 |
| 01/07/2002 | SFRP | RESPIRATORYPROTECTION | 0.3 |
| 03/20/2001 | VHZT | ZERO TOLERANCE | 0.5 |
| 02/05/2001 | ESCR | CRANE SAFETY REFRESHER | 8.0 |
| 02/05/2001 | SFPI | PERSONAL INJURY REPORTING | 1.5 |
| 02/04/2001 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 02/04/2001 | ESOT | ON TRACK SAFETY TRAINING | |
| 02/04/2001 | EV46 | BODY IN MOTION | 4.0 |
| 02/03/2001 | ENTH | TOWN HALL MEETINGS-TRACK PROGR | 2.0 |
| 02/03/2001 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 02/03/2001 | ETST | TUNNEL SAFETY TRAINING | 1.0 |
| 02/03/2001 | SFPE | PERSONALPROTECTIVEEQUIPMENT | 0.3 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 02/02/2001 | ESRU | MOFW RULES UPDATE | 8.0 |
| 02/01/2001 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 02/01/2001 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 02/01/2001 | EV20 | FIRE EXTINGUISHER ANNUAL TRNG | 0.3 |
| 02/01/2001 | SA22 | RED ZONE CONTACT | 1.0 |
| 02/01/2001 | SF03 | HAZCOMLINEEMPLOYEETRAINING | 1.0 |
| 02/01/2001 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 01/16/2001 | PXBD | HEAT STRESS | 1.0 |
| 01/11/2001 | VHZT | ZERO TOLERANCE | 0.5 |
| 05/26/2000 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 01/27/2000 | EV46 | BODY IN MOTION | 4.0 |
| 01/26/2000 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 01/26/2000 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 01/26/2000 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 01/26/2000 | ESOT | ON TRACK SAFETY TRAINING | |
| 01/26/2000 | SF03 | HAZCOMLINEEMPLOYEETRAINING | 1.0 |
| 01/26/2000 | SFPE | PERSONALPROTECTIVEEQUIPMENT | 0.3 |
| 01/25/2000 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 01/25/2000 | ESRU | MOFW RULES UPDATE | 8.0 |
| 01/24/2000 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 12/23/1999 | PX60 | DEFENSIVE DRIVING TRAINING | 4.0 |
| 11/20/1999 | SA22 | RED ZONE CONTACT | 1.0 |
| 11/15/1999 | ESCB | MARK III TAMPER BEGINNER | 80.0 |
| 08/24/1999 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 08/24/1999 | PXRD | OPERATION RED BLOCK AWARENESS | 1.0 |
| 07/15/1999 | SA22 | RED ZONE CONTACT | 1.0 |
| 06/30/1999 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 05/25/1999 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 05/25/1999 | ESOT | ON TRACK SAFETY TRAINING | |
| 04/20/1999 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 04/20/1999 | ESBT | ENGINEERING SERVICES-BOOM TRUC | 8.0 |
| 03/05/1999 | HCPT | HEARING CONSERVATION PRG TRNG | 0.5 |
| 02/24/1999 | ESRU | MOFW RULES UPDATE | 8.0 |
| 02/24/1999 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 01/20/1999 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 09/04/1998 | HCPT | HEARING CONSERVATION PRG TRNG | 0.0 |
| 07/21/1998 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 07/21/1998 | ESFP | FALL PROTECTION TRAINING | 2.0 |
| 07/21/1998 | ESLT | LOTO FOR MOFW ROADWAY MACHINES | 1.0 |
| 07/21/1998 | ESOT | ON TRACK SAFETY TRAINING | |
| 07/21/1998 | ESRU | MOFW RULES UPDATE | 8.0 |
| 03/19/1998 | ES45 | TRACK BUCKLING INTRODUCTION | 4.0 |
| 10/18/1997 | BZ11 | SAFETY STAND DOWN | 1.0 |
| 09/24/1997 | BZ09 | SACP CONTACTS | 0.5 |
| 08/17/1997 | ES00 | ON TRACK SAFETY TRAINING | 8.0 |
| 08/17/1997 | ESOT | ON TRACK SAFETY TRAINING | |
| 08/14/1997 | HCPT | HEARING CONSERVATION PRG TRNG | 0.0 |

UP (Boyd) 000152

| 05/26/1997 | ES92 | NEW HIRE ORIENTATION FOR MOW | 16.0 |
| 05/25/1997 | SF55 | SAFETY CERTIFICATION | 3.0 |
| 05/25/1997 | VH23 | SAFETYCHOICEYOURSALLSIXVIDEOS | 0.3 |
| 05/25/1997 | VH50 | SAFETY THE CHOICE IS YOURS-ENG | 0.2 |
| 05/25/1997 | VH61 | RIGHTTOOLFORTHEJOB | 0.3 |
| 05/25/1997 | VH62 | EXPERIENCE & COMMON SENSE: BAC | 0.5 |
| 05/24/1997 | SF44 | LOCKOUT/TAGOUTOTHEREMPLOYEE | 1.0 |
| 05/24/1997 | VH02 | RIGHT TO KNOW S-173-88 | 0.3 |
| 05/24/1997 | VH06 | SLIPS,TRIPS, AND FALLS S193-90 | 1.0 |
| 05/24/1997 | VH43 | FUNERALFORAFRIEND | 1.0 |

Report Generated on 09/21/09 12:28:00 by LCLM454
Data copyright Union Pacific Railroad 2009

UP (Boyd) 000153